The People of the State of New York, Respondent, 
against
Justin Atson, Appellant.




Appellate Advocates (Rebecca J. Gannon of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jill Oziemblewski of counsel), for respondent.

Appeal from four judgments of the Criminal Court of the City of New York, Kings County (Marguerite S. Dougherty, J.), rendered April 18, 2016. The judgments convicted defendant, upon his pleas of guilty, of criminal trespass in the second degree, endangering the welfare of a child, assault in the third degree and criminal contempt in the second degree, respectively, and imposed sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; People v Murray, 169 AD2d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 05, 2019